**Order entered February 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00094-CR**
**No. 05-22-00095-CR**

**JESSICA NICOLE SHEREN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Grayson County, Texas**
**Trial Court Cause Nos. 2021-1-0623 & 2021-1-0630**

**ORDER**

Appellant filed timely notices of appeal in these cases. The clerk's records show trial counsel filed a motion to withdraw on January 31, 2022. The records also contain appellant's affidavit of indigency.

Because the trial court previously found appellant indigent, she is entitled to court-appointed counsel in these appeals. Therefore, we **ORDER** the trial court to appoint an attorney to represent appellant in the appeals.

We **ORDER** County Clerk Deanna Patterson to file supplemental clerk's records containing the appointment of counsel and any findings or supporting documentation regarding the appointment within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable James Henderson, Presiding Judge, County Court at Law No. 1; to Deanna Patterson, Grayson County Clerk; and to the Grayson County District Attorney's Office, Appellate Division.

We **ABATE** the appeals to allow the trial court an opportunity to comply with this order. The appeals will be reinstated when the supplemental clerk's record is filed or the Court deems it appropriate to do so.

/s/    ERIN A. NOWELL
JUSTICE